UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GREGORY D. CRUMP** | ) |
| **Plaintiff** | ) |
| v. | ) CIVIL ACTION NO.: |
| **MEDITERRANEAN SHIPPING COMPANY (USA) INC.,** | ) |
| **Defendant** | ) |

NOTICE OF AND PETITION FOR REMOVAL

COMES NOW DEFENDANT MEDITERRANEAN SHIPPING COMPANY (USA) INC., ("Defendant" or "MSC (USA)"), and by and through its undersigned counsel of record, files this Notice of and Petition for Removal in the above-referenced matter. Defendant shows this Honorable Court as follows:

1.

Plaintiff Gregory D. Crump filed a Complaint in the State Court of Gwinnett County against Defendant on or about February 9, 2022, for an accident occurring in Chatham County, Georgia on November 23, 2020. (*See* Ex. 1, Complaint). MSC (USA) was served through its registered agent in Gwinnett County on or about

1

February 11, 2022. MSC (USA) filed a timely Answer to the Complaint in the State Court of Gwinnett County prior to Removal.

2.

Pursuant to 28 USC §1446(a), the Complaint, Answer and all other process, pleadings, and other papers or exhibits of every kind on file in the State Court regarding this matter are attached hereto as Exhibit 2.

3.

The above described action is a civil action in which this Court has original jurisdiction under the provisions of Title 28 USC §1332(a)(1), and is one which may be removed to this Court by Defendants, pursuant to the provisions of Title 28 USC §1441, in that this is a civil action where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.

Plaintiff is a resident and citizen of Long County, Georgia, living under the laws of the State of Georgia. (Compl. ¶ 1).

5.

MSC (USA) is a New York corporation with its principal place of doing business in New York. (Compl. ¶ 2); see also Exhibit 3, Georgia Secretary of State

Filing and Articles of Incorporation, Mediterranean Shipping Company (USA) Inc. MSC (USA) does not maintain any office in the state of Georgia.

6.

The above-styled action is a civil action for money damages in which Plaintiff claims that he has "severe personal injuries, physical and emotional, which are progressive, persistent, and permanent" and that he has been unable to work since the accident which he "has lost and will lose in the future as a proximate result of MEDITERRANEAN'S acts and omissions set forth herein which losses total *no less than* $721,780.77…"  (Compl. ¶¶ 14 & 19).

7.

In light of these allegations, Defendant shows that the preponderance of the evidence does or will clearly establish that the amount in controversy exceeds the jurisdictional amount. Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 752 (11th Cir. 2010); Williams v. Best Buy Company, Inc., 269 F.3d 1316 (11th Cir. 2001).

8.

Defendants are filing this Notice of Removal within thirty (30) days after service of Plaintiff's Complaint in accordance with 28 USC §1446.  Written notice of filing of this Notice of and Petition for Removal will be given to Plaintiff promptly after the filing of this Motion, as is required by law.

9.

A true and correct copy of this <u>Notice of and Petition for Removal</u> will be filed with the Clerk of the State Court of Gwinnett County, Georgia promptly after the filing of this <u>Notice of and Petition for Removal</u> as is required by law.

10.

Accordingly, MSC (USA) respectfully requests that the above-referenced State Court suit filed in the State Court of Gwinnett County be removed to the United States District Court for the Northern District of Georgia.

RESPECTFULLY SUBMITTED, this 14th day of March 2022.

BOUHAN FALLIGANT LLP

*/s/ Gary J. McGinty*
Dennis B. Keene
Georgia State Bar No. 410801
John D. Harvey
Georgia State Bar No. 335502
Gary J. McGinty
Georgia State Bar No. 602353
*Attorneys for Defendant*
*Mediterranean Shipping Company*
*(USA) Inc.*

Post Office Box 2139
Savannah, Georgia
(912) 232-7000 (voice)
(912) 233-0811 (facsimile)
dkeene@bouhan.com
jdharvey@bouhan.com
gmcginty@bouhan.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GREGORY D. CRUMP** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | |
| **MEDITERRANEAN SHIPPING** ) | |
| **COMPANY (USA) INC.,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties with a copy of the foregoing by placing a true and accurate copy of the same in the United States mail with adequate postage thereon to ensure delivery addressed to:

Carl R. Varnedoe, Esq.
CARL R. VARNEDOE, LLC
1 Diamond Causeway, Suite 21, PMB 300
Savannah, GA 31406
carl@varnedoelaw.com

Robert L. Russell, IV, Esq.
JONES OSTEEN JONES
206 E. Court Street
Hinesville, GA 31313
crussell@jojlaw.com

This 14th day of March, 2022.

                                              BOUHAN FALLIGANT LLP

                                              */s/ Gary J. McGinty*

| | |
|---|---|
| | Dennis B. Keene |
| Post Office Box 2139 | Georgia State Bar No. 410801 |
| Savannah, Georgia | John D. Harvey |
| (912) 232-7000 (voice) | Georgia State Bar No. 335502 |
| (912) 233-0811 (facsimile) | Gary J. McGinty |
| dkeene@bouhan.com | Georgia State Bar No. 602353 |
| jdharvey@bouhan.com | *Attorneys for Defendant* |
| gmcginty@bouhan.com | *Mediterranean Shipping Company (USA) Inc.* |