# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GREGORY D. CRUMP** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | |
| **MEDITERRANEAN SHIPPING** ) | |
| **COMPANY (USA) INC.,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF AND PETITION FOR REMOVAL

**EXHIBIT "1"**

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00725-S2**
**2/4/2022 10:20 AM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| GREGORY D. CRUMP,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>MEDITERRANEAN SHIPPING<br>COMPANY (USA) INC.,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 22-C-00725-S2 |

### COMPLAINT FOR DAMAGES

Plaintiff, GREGORY D. CRUMP, brings this action against Defendant, MEDITERRANEAN SHIPPING COMPANY (USA) INC., respectfully showing the Court the following:

1.

Plaintiff, GREGORY D. CRUMP ("CRUMP"), is an unmarried resident of Long County, Georgia.

2.

On November 23, 2020 and thereafter, Defendant MEDITERRANEAN SHIPPING COMPANY (USA) INC. ("MEDITERRANEAN") was and remains a foreign, for profit, corporation authorized to transact business in the State of Georgia.

3.

On November 23, 2020 and thereafter, MEDITERRANEAN was assigned Control Number K311099 by the Secretary of State for the State of Georgia.

4.

Between November 23, 2020 and March 30, 2021, MEDITERRANEAN maintained its registered office at 40 Technology Parkway South, Suite 300, Norcross, Gwinnett County, GA 30092.

5.

On March 30, 2021, MEDITERRANEAN filed a Statement of Change of Address of Registered Office with the Secretary of State for the State of Georgia designating 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, GA 30092 MEDITERRANEAN's new registered office.

6.

Pursuant to the provisions of O.C.G.A. §§ 14-2-510, <u>Cooper Tire & Rubber Co. v. McCall</u>, 312 Ga. 422 (2021) and other applicable law, MEDITERRANEAN is subject to the jurisdiction of this Court which is the proper venue.

7.

Pursuant to O.C.G.A. § 9-11-4(e)(1)(A), MEDITERRANEAN may be served with this Summons and Complaint upon MEDITERRANEAN's Registered Agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, GA 30092.

8.

This cause of action against MEDITERRANEAN grows out of a November 23, 2020 collapse of MEDITERRANEAN's Ocean Container # MEDU8854502's floor ("CONTAINER") while it was being unloaded by CRUMP in Chatham County, Georgia.

9.

MEDITERRANEAN's herein described negligent acts and/or omissions proximately caused CRUMP's personal injuries and resulting damages.

10.

On November 23, 2020, in the ordinary course of MEDITERRANEAN's business, MEDITERRANEAN caused, permitted and/or allowed its CONTAINER to be located in Chatham County, GA.

11.

On November 23, 2020 and before, MEDITERRANEAN knew or in the exercise of ordinary, reasonable care should have known that MEDITERRANEAN's CONTAINER would be unloaded by a human being operating heavy equipment.

12.

On November 23, 2020 and before, MEDITERRANEAN had a duty to inspect, maintain, repair and/or refrain from causing, permitting and allowing the CONTAINER in the state of disrepair CRUMP found the CONTAINER in on November 23, 2020 to be in Chatham County, GA where CRUMP, a human being operating heavy equipment, encountered and was exposed to the danger presented by the CONTAINER.

13.

As a result of MEDITERRANEAN's failure to properly inspect, maintain, repair and/or refrain from causing, permitting and allowing the CONTAINER in the state of disrepair CRUMP found the CONTAINER in on November 23, 2020 to be in Chatham County, GA, on November 23, 2020, CRUMP was injured with the CONTAINER's floor collapsed while CRUMP was operating heavy equipment within the CONTAINER for the purpose of unloading the CONTAINER's contents.

14.

On November 23, 2020, in the natural or ordinary course of events, MEDITERRANEAN's conduct in failing to properly inspect, maintain, repair and/or refrain from causing, permitting and allowing the CONTAINER in the state of disrepair CRUMP found the CONTAINER in on November 23, 2020 to be in Chatham County, GA, caused CRUMP to

suffer severe personal injuries, physical and emotional, which are progressive, persistent and permanent.

15.

Since November 23, 2020, CRUMP has been unable to work in the same manner as CRUMP did prior to the November 23, 2020 CONTAINER floor collapse that is the subject of this lawsuit and as a result of MEDITERRANEAN's negligence has suffered lost earnings and wages.

16.

On November 23, 2020, CRUMP was fifty-two (52) years old.

17.

On November 23, 2020, CRUMP was earning, on average, $712.18 per week, or $37,033.39 per year.

18.

Pursuant to O.C.G.A. §§ 24-14-44, 24-14-45, 24-99-1 and other applicable law, on November 23, 2020, CRUMP had *at least* 19.49 additional years to live.

19.

CRUMP sues MEDITERRANEAN for special damages to compensate for the fair and reasonable value of past, present and future loss of earnings and ability to labor which CRUMP has lost and will lose in the future as a proximate result of MEDITERRANEAN's acts and omissions set forth herein which losses total *no less than* $721,780.77, said sum being specifically pled in contemplation of O.C.G.A. § 9-11-9(g) and with the express representation that said total may be adjusted.

20.

CRUMP sues MEDITERRANEAN for special damages to compensate for the fair and reasonable value of the medical expenses incurred and to be incurred as a proximate result of MEDITERRANEAN's acts and omissions, which total *no less than* $68,776.38, said sum being specifically pled in contemplation of O.C.G.A. § 9-11-9(g) and with the express representation that said total shall be supplemented when the full amount of medical expenses incurred as a proximate result of MEDITERRANEAN's acts and omissions as set forth herein is known.

21.

CRUMP sues MEDITERRANEAN for general damages to compensate for his pain and suffering including physical suffering; mental suffering; interference with normal living and enjoyment of life; loss of capacity to labor and earn money; impairment of bodily health and vigor; fear of extent of injury; shock of impact; actual pain and suffering, past and future; mental anguish, past and future; and the extent to which CRUMP must limit activities in an amount to be determined by the enlightened conscience of fair and impartial jurors.

22.

As set forth herein above, MEDITERRANEAN's acts and omissions showed willful misconduct, malice, fraud, wantonness, oppression, and/or that entire want of care which would raise the presumption of conscious indifference to consequences and entitle CRUMP to recover punitive damages which CRUMP hereby sues MEDITERRANEAN to recover.

WHEREFORE, Plaintiff prays for the following relief:

a. That summons issue requiring MEDITERRANEAN to be and appear as provided by law to answer the allegations of this Complaint;

b. That Plaintiff have a trial by a 6 person jury;

c. That Plaintiff have and recover the following:

1. Special damages to compensate for the fair and reasonable value of past, present and future loss of earnings and ability to labor which CRUMP has lost and will lose as a proximate result of MEDITERRANEAN's acts and omissions;

2. Special damages to compensate for the fair and reasonable value of the medical expenses incurred and to be incurred by CRUMP as a proximate result of MEDITERRANEAN's acts and omissions;

3. General damages to compensate CRUMP for his pain and suffering including physical suffering; mental suffering; interference with normal living; interference with enjoyment of life; loss of capacity to labor and earn money; impairment of bodily health and vigor; fear of extent of injury; shock of impact; actual pain and suffering, past and future; mental anguish, past and future; and the extent to which CRUMP must limit activities; and

4. Punitive damages.

c. That all costs and all expenses of litigation, including attorney's fees, be cast against MEDITERRANEAN; and

d. For such other and further relief as the Court deems just and proper.

Respectfully submitted this 4th day of February, 2022.

/s/ Carl R. Varnedoe
Carl R. Varnedoe
Georgia Bar No. 725375

**CARL R. VARNEDOE, LLC**
1 Diamond Causeway, Suite 21, PMB 300
Savannah, GA 31406
(912) 205-3456
(912) 205-3507 (facsimile)
carl@varnedoelaw.com

/s/ Robert L. Russell, IV
Robert "Cap" L. Russell, IV
Georgia Bar No. 859385
Counsel for Plaintiff

**JONES, OSTEEN, JONES**
206 E. Court Street
Hinesville, GA 31313
(912) 876-0111
crussell@jojlaw.com